AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

### APPEARANCE

Case Number: 07 Civ. 8241 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Limited appearance pursuant to Supp. Adm. R. E(8) for defendant, BULK MARINE LTD.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/11/2007 | _/s/ Patrick F. Lennon_ |
| Date | Signature |
| | Patrick F. Lennon — PL 2162 |
| | Print Name / Bar Number |
| | 420 Lexington Ave., Suite 300 |
| | Address |
| | New York, NY 10170 |
| | City / State / Zip Code |
| | (212) 490-6050 / (212) 490-6070 |
| | Phone Number / Fax Number |