McMAHON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NOBLE SHIPPING INC.,                    :

        Plaintiff,                              :

  - against -                                      :    07 CV 8241 (CM)
                                                          ECF CASE
BULK MARINE LTD.,                        :

        Defendant.                           :
-------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that upon endorsement of this Stipulated Order, this Court's Ex Parte Order for Issuance of Process of Maritime Attachment and Garnishment is hereby vacated and that this action is hereby dismissed with prejudice and without costs to any party.

Dated: April 17, 2008
New York, NY

The Plaintiff
NOBLE SHIPPING INC.,

By: _____
Claurisse Campanale-Orozco (CC 3581)
TISDALE LAW OFFICES, LLC
11 West 42d Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067
corozco@tisdale-law.com

The Defendant
BULK MARINE LTD.

By: _____
Patrick F. Lennon
LENNON, MURPHY & LENNON LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070
pfl@lenmur.com

SO ORDERED:

_____
Hon. Colleen McMahon, U.S.D.J.

4/22/08